# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 30, 2020

## NO. 03-20-00025-CV

**The Texas Education Agency; Mike Morath, Commissioner of Education in his Official Capacity; and Doris Delaney, in her Official Capacity, Appellants**

**v.**

**Houston Independent School District, Appellee**

### APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND TRIANA
### AFFIRMED -- OPINION BY JUSTICE TRIANA
### DISSENTING OPINION BY JUSTICE BAKER

This is an appeal from the district court's order granting appellee's motion for temporary injunction and denying appellants' plea to the jurisdiction signed on January 8, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's order. Therefore, the Court affirms the district court's order. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.